| PROB.22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:93CR00043-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) CR05-115 |
| NAME AND ADDRESS OF SUPERVISED RELEASEE Nelson Lora-Pena | DISTRICT Rhode Island | DIVISION Providence |
| | NAME OF SENTENCING JUDGE Honorable William E. Smith U.S. District Judge | |
| | DATES OF PROBATION / SUPERVISED RELEASEE | FROM: February 11, 1994 — TO: February 10, 1997 |
| OFFENSE False Application for a Passport | | |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF DELAWARE** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

12/7/05
Date

Honorable William E. Smith
U.S. District Court Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF DELAWARE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/16/05
Date

United States District Judge