AO 245 S (Rev. 4/90) Sheet 1 - Judgment in a Crin  Case

# United States District Court

_____ District of _____

UNITED STATES OF AMERICA

V.

NELSON LORA PENA

(Name of Defendant)

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

Case Number:  93-043-P

Joseph Bevilacqua, Jr.
Defendant's Attorney

**THE DEFENDANT:**

- ☑ pleaded guilty to count(s) 1
- ☐ was found guilty on count(s) _____ after a
  plea of not guilty.

REDACTED

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1542 | False application for a passport. | 7/6/92 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s) _____
  and is discharged as to such count(s).
- ☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.
- ☑ It is ordered that the defendant shall pay a special assessment of $ 50.00 , for count(s)
  1 , which shall be due ☒ immediately  ☐ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: _____ -3563

Defendant's Date of Birth: _____ 66

Defendant's Mailing Address:

ACI
Cranston, RI

Defendant's Residence Address:

S.#?#

FILED

DEC 19 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Date of Imposition of Sentence

12/16/93

Signature of Judicial Officer

Sr. Judge Raymond J. Pettine
Name & Title of Judicial Officer

Date

AO 245 S (Rev. 4/90) Sheet 2 - Imprisonment

Defendant: Nelson Lora Pena                    Judgment — Page  2  of  4
Case Number: 93-043-P

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  3 months .

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States marshal.
☐ The defendant shall surrender to the United States marshal for this district,
                a.m.
    ☐ at _____ p.m. on _____.
    ☐ as notified by the United States marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States marshal.
    ☐ as notified by the probation office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.

_____
United States Marshal

By _____
              Deputy Marshal

etend:nt:    .elson Lora Pe. .                              Judgment—Page _____ of _____ 4
ase Number:    93-043-P

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____ 3 years.

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not egally possess a controlled substance. The defendant shall comply with the standard conditions that have been iopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of ipervised release that the defendant pay any such restitution that remains unpaid at the commencement of the rm of supervised release. The defendant shall comply with the following additional conditions:

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

The defendant shall not possess a firearm or destructive device.

> As a special condition of supervised release the defendant shall participat in a drug treatment program, which is approved by the Probation Department.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

the defendant shall not leave the judicial district without the permission of the court or probation officer;

the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

the defendant shall support his or her dependents and meet other family responsibilities;

the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 4/90) Sheet 7 - Statement of Reas

Defendant: Nelson Lora Pena
Case Number: 93-043-P

Judgment—Page ___4___ of ___4___

## STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

OR

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level: _4_____

Criminal History Category: _3_____

Imprisonment Range: __0___ to _6____ months

Supervised Release Range: _2__ to _3__ years

Fine Range: $ _250_____ to $5,000_____

    ☒ Fine is waived or is below the guideline range, because of the defendant's inability to pay.

Restitution: $ _____

    ☐ Full restitution is not ordered for the following reason(s):

☒ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

OR

The sentence departs from the guideline range

    ☐ upon motion of the government, as a result of defendant's substantial assistance.

    ☐ for the following reason(s):

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : **CR 93    043** |
| vs. | : CR No. |
| | : In Violation of |
| NELSON LORA PENA | : Title 18, United States |
| | : Code, Section 1542 |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about the 6th day of July, 1992, in the District of
Rhode Island, the defendant, NELSON LORA PENA, willfully and
knowingly made false statements in an application for a passport
with intent to induce and secure for his own use the issuance of
a passport under the authority of the United States, contrary to
the laws regulating the issuance of such passports and the rules
prescribed pursuant to such laws, in that in such application the
defendant stated that his name was Dubois B. Aviles, which
statement he knew to be false and defendant further stated that
his social security number was        1971 and        -6971, which
statement he knew to be false and defendant further stated that
he was a citizen of the United States, which statement he knew to
be false.

In violation of Title 18, United States Code, Section 1542.

A TRUE BILL:

Foreperson

EDWIN J. GALE
UNITED STATES ATTORNEY

JAMES H. LEAVEY
Assistant U.S. Attorney

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

RHODE ISLAND

─── OFFENSE CHARGED ───

1 count - False application
for passport

☐ Petty
☐ Minor
☐ Misde-
       meanor
☒ Felony

─── DEFENDANT — U.S. vs. ───

NELSON LORA PENA

Address
Providence, RI  02909

Birth Date        ·66

☒ Male
☐ Female

X Alien
(if applicable)

(Optional unless a juvenile)

Place of offense

RHODE ISLAND

U.S.C. Citation

18 USC 1542

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

IMMIGRATION AND NATURALIZATION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

EDWIN J. GALE
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

JAMES H. LEAVEY

─── DEFENDANT ───

IS NOT IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding
    If not detained give date any prior summons
    was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges     ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST

Mo.        Day        Year

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY

Mo.        Day        Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

ESTIMATED LENGTH OF TRIAL        3 days

PENALTIES:    18 USC 1542 (False application for passport)
              5 years imprisonment; $250,000 fine or both

PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

## FOR

## THE JUDICIAL DISTRICT OF RHODE ISLAND

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nelson Lora       Case Number: CR: 93-00043-00P

Name of Sentencing Judicial Officer: **The Honorable Raymond J. Pettine**

Date of Original Sentence: December 10, 1993

Original Offense:  Ct. 1: Fraudulent Application for Passport, Title 18, U.S.C. § 1542

Original Sentence: Ct. 1: Custody BOP 3 months, 3 years supervised release. Special Condition, drug aftercare treatment. Special Assessment, $50.

Type of Supervision:  Supervised Release

Date Supervision Commenced:  February 11, 1994

Assistant U.S. Attorney: **James H. Leavey, Esquire**

Defense Attorney: Joseph A. Bevilaqua (Retained)
### PETITIONING THE COURT

[ X ] To issue a warrant

[   ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition #2: | On January 5, 1996, the defendant was ordered to appear in the U.S. Probation Office, Providence, RI, on January 12, 1996. The subject did not appear. |
| Condition #2: | On March 20, 1996, a certified letter was sent to the offender's last and usual address to appear March 22, 1996. The defendant did not appear. |

04/11/05 MON 10:29 FAX 901 153 K451   Case 1:05-cr-00115-KAJ   Document 8   CLERK US FIST COURT   Filed 02/19/2005   Page 9 of 13   PROBATION   ☒003

APR 11 2005 09:38 FR    .S D-RI OPS        4015285214  TO 813025736559    P.04/10

Petition for Warrant or Summons for Offender Under Supervision                    page 2

Condition #2:        Nelson Lora has failed to provide Monthly Reports for the months of
                     January, February and March, 1996.

Condition #4:        The defendant has failed to make child support payments as ordered. His
                     last support payment was made on December 7, 1995. His payment
                     arrears total $9,408.04, as of April 1, 1996.

Condition #6:        Nelson Lora has not lived at his last and usual address, 69 Unit St.
                     Providence, RI, since approximately Mid- January 1996. He has failed to
                     notify the probation office of any change in residence.

Condition #7:        On July 31, 1995, the defendant sold heroin to a undercover Police Officer
                     from the Johnston, RI, Police Department.

Condition #11:       January, 1996, the defendant was arrested by Johnston, RI, Police. Mr.
                     Lora, has failed to notify the U.S. Probation department of this arrest.

Nelson Lora was last seen in the U.S. Probation Office, Providence, RI, on January 5, 1996. His
whereabouts is unknown at this time.

                                             Respectfully submitted,
                                        by   _____
                                             U.S. Probation Officer
                                             Julius H. Britto

Reviewed & Approved:

_____
Kurt E. O'Sullivan
Supervising U.S. Probation Officer                     Date: April 2, 1996
THE COURT ORDERS:

☐ No Action

☑ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ Other

                     Signature of Judicial Officer _____
                                                                    S R Judge
                     Date _____

CLOSED

# U.S. District Court
## District of Rhode Island (Providence)
### CRIMINAL DOCKET FOR CASE #: 1:93-cr-00043-S-LDA-1

Case title: USA v. Pena                                    Date Filed: 06/16/1993

Assigned to: William E Smith
Referred to: Lincoln D. Almond

**Defendant**

**Nelson Lora Pena (1)**
*TERMINATED: 12/20/1993*

represented by **Joseph A. Bevilacqua, Jr.**
387 Atwells Avenue
Providence, RI 02909
273-5600
Fax: 454-5600
*TERMINATED: 12/20/1993*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1542 PASSPORT FRAUD (1) | The deft. is hereby committed to the custody of the US Bureau of Prisons to be imprisoned for a term of 3 months. A term of S.R. of three years. As a spec. condition the deft. shall participate in a drug treatment program, which is approved by the Pr obation Dept. S.A. of $50. |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

United States District Court, District of Rhode Island - CM/ECF V2.5 - Docket Report   Page 2 of 4

- **Plaintiff**
  USA

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/1993 | 1 | INDICTMENT as to Nelson Lora Pena (1) count(s) 1 (Lagueux, C) (Entered: 06/18/1993) |
| 06/18/1993 | 2 | ARREST WARRANT issued as to Nelson Lora Pena (Lagueux, C) (Entered: 06/18/1993) |
| 07/07/1993 |  | Arraignment as to Nelson Lora Pena held; defendant pleads not guilty. Bail set at $10,000 with 50% surety with set conditions (Belkin/Bevilacqua). (Defendant informed of rights.) (Lagueux, C) (Entered: 07/07/1993) |
| 07/07/1993 | 3 | ENTRY of Appearance for Nelson Lora Pena by Attorney Joseph A. Bevilacqua Jr. (Lagueux, C) (Entered: 07/07/1993) |
| 07/07/1993 | 4 | ARRAIGNMENT ORDER as to Nelson Lora Pena setting Discovery cutoff 8/6/93 for Nelson Lora Pena ; Motion Filing deadline on 8/10/93 for Nelson Lora Pena ; Pretrial Conference for 9:30 8/23/93 for Nelson Lora Pena before Magistrate Judge Robert W. Lovegreen . Placed on Continuous Trial Calendar for 8/23/93. ( Signed by Magistrate Judge Robert W. Lovegreen ) (Lagueux, C) (Entered: 07/07/1993) |
| 07/07/1993 |  | Nelson Lora Pena has not made bail at this time. (Lagueux, C) (Entered: 07/07/1993) |
| 07/08/1993 | 7 | ARREST WARRANT Returned Executed as to Nelson Lora Pena on 7/6/93 (Dube, P) (Entered: 07/12/1993) |
| 07/09/1993 | 5 | Appearance BOND entered by Nelson Lora Pena in Amount $ 10,000.00 w/ %50 down Receipt # 34295 (Dias, J) (Entered: 07/09/1993) |
| 07/09/1993 | 6 | ORDER Setting Conditions of Release as to Nelson Lora Pena ( Signed by Magistrate Judge Robert W. Lovegreen ) (Dias, J) (Entered: 07/09/1993) |
| 08/23/1993 |  | Pre-trial conference as to Nelson Lora Pena held before Magistrate Judge Lovegreen. (Pesaturo, K) (Entered: 08/23/1993) |
| 09/28/1993 |  | Change of Plea Hearing as to Nelson Lora Pena held (Burgess, J) (Entered: 09/30/1993) |
| 09/28/1993 | 8 | Minute entry as to Nelson Lora Pena : Change of plea hearing held. Defendant pleads guilty to count 1. Sentencing is deferred until 12/7/93 at 2:00p.m. (Burgess, J) (Entered: 09/30/1993) |
| 09/28/1993 | 9 | Plea Agreement as to Nelson Lora Pena (Burgess, J) (Entered: 10/01/1993) |

12/16/2005 14:06 FAX 4017527388 RIPFAX 004/005
Case 1:05-cr-00115-KAJ Document 3 Filed 12/19/2005 Page 12 of 13
United States District Court, District of Rhode Island - CM/ECF V2.5 - Docket Report Page 3 of 4

| 09/28/1993 | | PLEA entered by Nelson Lora Pena . Court accepts plea. Guilty: Nelson Lora Pena (1) count(s) 1 (Jackson, B) (Entered: 12/20/1993) |
|---|---|---|
| 11/15/1993 | 10 | ORDER as to Nelson Lora Pena, set Bail Revocation Hearing for 1:30 11/19/93 for Nelson Lora Pena The Clerk is ordered to issue a summons requiring the deft. to appear for hearing. ( Signed by Judge Raymond J. Pettine ) (Dube, P) (Entered: 11/16/1993) |
| 11/16/1993 | | SUMMONS(ES) issued for Nelson Lora Pena for his appearance before Sr. Judge Pettine on bail violation hring. for 11/19/93 at 1:30. (Dube, P) (Entered: 11/16/1993) |
| 11/19/1993 | 11 | Minute entry as to Nelson Lora Pena :Bailed revoked because of positive urine test of 10/27/93. Remanded into the custodyof the US Marshall. of the US Marshal (Jackson, B) (Entered: 11/22/1993) |
| 11/23/1993 | | Deadline updated as to Nelson Lora Pena, reset Sentencing for 3:00 12/10/93 for Nelson Lora Pena NOTICE SENT TO ALL COUNSEL OF RECORD. (Dube, P) (Entered: 11/23/1993) |
| 12/10/1993 | 12 | Minute entry as to Nelson Lora Pena :James Levy for the USA. Joseph Bevilacqua, Jr. Plea accepted. Remanded to US Marshal for the month sentence, supervised release 3 yrs and must enter drug treatment program, spec. ass. of $50.. (Jackson, B) (Entered: 12/15/1993) |
| 12/10/1993 | | Sentencing held Nelson Lora Pena (1) count(s) 1 (Jackson, B) (Entered: 12/20/1993) |
| 12/20/1993 | 14 | JUDGMENT as to Nelson Lora Pena (1) count(s) 1. The deft. is hereby committed to the custody of the US Bureau of Prisons to be imprisoned for a term of 3 months. A term of S.R. of three years. As a spec. condition the deft. shall participate in a drug treatment program, which is approved by the Probation Dept. S.A. of $50. ( Signed by Judge Raymond J. Pettine ) (Jackson, B) (Entered: 12/20/1993) |
| 12/29/1993 | 15 | MOTION by Nelson Lora Pena to release Bail (Jackson, B) (Entered: 12/30/1993) |
| 01/19/1994 | | Motion(s) referred to Judge Raymond J. Pettine as to Nelson Lora Pena : [15-1] motion to release Bail (Dube, P) (Entered: 01/19/1994) |
| 01/19/1994 | 17 | Judgment Returned Executed as to Nelson Lora Pena ; on 01/13/94 (Jackson, B) (Entered: 02/08/1994) |
| 01/27/1994 | 16 | ORDER as to Nelson Lora Pena granting [15-1] motion to release Bail as to Nelson Lora Pena (1) ( Signed by Judge Raymond J. Pettine ) (Dube, P) (Entered: 01/27/1994) |
| 04/03/1996 | 18 | PETITION FOR WARRANT for Offender Under Supervision granted as to Nelson Lora Pena by Senior Judge Pettine. Warrant to issue. (Patnaude, C) (Entered: 04/05/1996) |
| 04/05/1996 | 19 | PROBATION WARRANT issued as to Nelson Lora Pena (Patnaude, C) (Entered: 04/05/1996) |

| 04/21/2005 | 20 | Arrest WARRANT Returned Executed as to Nelson Lora Pena on 4/9/05 - Newark, Delaware by USMS (Thcall, J) (Entered: 04/22/2005) |
| 10/13/2005 | | Case as to Nelson Lora Pena Reassigned to Judge William E Smith and Lincoln D. Almond. Judge Raymond J. Pettine no longer assigned to the case. (Farrell Pletcher, Paula) (Entered: 10/13/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/16/2005 14:02:35 | | | |
| PACER Login: | ud0351 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:93-cr-00043-S-LDA |
| Billable Pages: | 2 | Cost: | 0.16 |