AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

UNITED STATES OF AMERICA

NELSON LORA-PENA

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number: 1:05CR00115-001
USM Number: 03883070

A. Charles Peruto, Jr., Esq.
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) 2, 6 & 11 of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to report to probation officer (condition 2) | 03/31/1996 |
| 2 | Failure to report a change of address (condition 6) | 01/15/1996 |
| 3 | Failure to report a new arrest (condition 11) | 01/31/1996 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s) 4 & 7 and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 3563

Defendant's Date of Birth: 1966

Defendant's Residence Address:

Newark, DE

Defendant's Mailing Address:

Multi-Purpose Criminal Justice Facility
P.O. Box 9279
Wilmington, DE 19809

12/20/2005
Date of Imposition of Judgment

Signature of Judge

Kent A. Jordan, United States District Judge
Name and Title of Judge

Jan. 3, 2006
Date

CERTIFIED: 1/3/06
AS A TRUE COPY
ATTEST:
PETER T. DALLEO, CLERK
BY

AO 245D · (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment

Judgment Page 2 of 2

**DEFENDANT:** NELSON LORA-PENA
**CASE NUMBER:** 1:05CR00115-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

5 months.

This 5 month term shall run consecutively to the term of imprisonment imposed in 1:05CR00047-001 (KAJ).

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered _1-23-06_ to _U.S.P. Canaan_
a _Wayment Pn_ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL